IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS**,

**Plaintiffs,**

**v.**

**ICON CONSTRUCTION SERVICES, INC.,**
**JEFF STANFORD, individually,**

**Defendants.**                                                             No. 08-816-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Icon Construction Services, Inc. of its obligation to comply with the requirements of **Federal Rule of Civil Procedure 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant Icon Construction Services, Inc. to file its disclosure statement within ten (10) days from the date of issuance of this Order.

**IT IS SO ORDERED**.

Signed this 19th day of March, 2011.

David R. Herndon
2011.03.19
16:51:58 -05'00'

**Chief Judge**
**United States District Court**