IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS,**

    Plaintiff,

-vs-

**ICON CONSTRUCTION SERVICES INC.,**
**and JEFF STANFORD,**

    Defendants.                        No. 08-CV-816-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 21, 2011, this case is **DISMISSED** with prejudice.

                                   NANCY J. ROSENSTENGEL,
                                   CLERK OF COURT


                         BY:       /s/*Sandy Pannier*
                                   Deputy Clerk

Dated: December 29, 2011

David R. Herndon
2011.12.29
16:42:45 -06'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT